# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERICAN MOISTURE CONTROL,
INC.,**

            **Plaintiff,**

**-vs-**                                                      **Case No.  6:07-cv-925-Orl-28DAB**

**OCEAN REEF VILLAS ASSOCIATION,
INC.,**

            **Defendant**

**DYNAMIC BUILDING RESTORATION,
LLC, NATIONAL PENN BANCSHARES,
INC., d/b/a NATIONAL PENN BANK,
and BARRY HILLEBRAND,**

            **Third Party Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES (Doc. No. 53)**
>
> **FILED:**      **January 28, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Based on counsel for Third-Party Defendant Dynamic Building Restoration's representations, one business day prior to the day the motion was filed, on January 25, 2008, Dynamic's counsel

advised Plaintiff's counsel that Dynamic would produce the additional documentation within one to two weeks, which they did produce five days later. *See* Doc. No. 54. Thus, the Motion to Compel was a waste of judicial resources, particularly here, where Dynamic is "currently winding down its business" and is "having difficulty" locating responsive documents. Moreover, by Plaintiff's own admission, Dynamic's counsel was actively seeking an extension to allow for the responsive production. Dynamic did not dispute the responses were due, but required a brief extension to comply. No costs will be awarded.[1]

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court notes in passing that the motion itself was filed in violation of para. II.E. of the Administrative Procedures for Electronic Filing in this District. Counsel are admonished to adhere to the letter and spirit of the applicable local rules, procedures and practices of this Court.